

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **NOREEN STACKHOUSE**<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-9736<br>Fax: (212) 788-9776 |

February 16, 2012

**BY ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    <u>Thomas McKoy v. John Doe, et al</u>, 11 CV 0105 (NGG) (LB)

Your Honor:

        I respectfully write on behalf of all parties to advise Your Honor that the above-referenced action has settled. Accordingly, the conference scheduled for February 23, 2012, at 9:30 a.m., is no longer necessary and the parties respectfully request that the Court adjourn the conference. The executed STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL will be submitted to the Court shortly.

        Thank you for your consideration herein.

        Respectfully submitted,

        Noreen Stackhouse
        Assistant Corporation Counsel
        Special Federal Litigation Division

cc:    Paul Hale, Esq. (By ECF)
       Attorney for Plaintiff
       26 Court Street, Suite 19001
       Brooklyn, New York 11201